# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

In re:

Seretha Davis                                              Chapter 13
    Debtor                                     Case No. 10-10129-SSM

## Motion to Dismiss Chapter 13 Case

Debtor, Seretha Davis, by counsel, requests that her Chapter 13 case be dismissed under 11 U.S.C. §1307(b) and moves that an order so stating be entered.

Debtor represents that this case has not been converted under section 706, 1112, or 1208 of 11 USC.

                                                                              Seretha Davis

                                                                              by  /s/ Nancy O. Ryan
                                                                              Nancy O. Ryan  VSB #22196

Date:  June 18, 2011

**Nancy O. Ryan, Esq.**
Law Office of Nancy O. Ryan
Counsel for Seretha Davis
8116 Arlington Blvd. #355
Falls Church, VA  22042
703-865-4222/fax 703-865-4992
nancyryanlaw@yahoo.com

## Certificate of Service

I, Nancy O. Ryan, hereby certify that on June 18, 2011, a copy of the foregoing Motion was mailed by first-class U.S. Mail or served by Electronic means to:

Office of the U.S. Trustee
Thomas P. Gorman

/s/ Nancy O. Ryan

Nancy O. Ryan